1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JEFFREY SEALS, an individual, | ) CASE NO. 07CV00824 JM LSP |
|---|---|
| Plaintiff, | ) **CLASS ACTION** |
| vs. | ) **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |
| MILTON'S BAKING COMPANY, LLC, a Delaware Corporation, and DOES 1 through 100, inclusive, | ) |
| Defendants. | ) |

Plaintiff JEFFREY SEALS ("Plaintiff") and defendant JRAK, INC. ("JRAK") filed a Joint Motion to Dismiss Action With Prejudice on July 29, 2008. For good cause shown, IT IS HEREBY ORDERED that this action be dismissed in its entirety. The parties shall bear their own costs and attorneys' fees.

Dated: August 4, 2008

_____
Hon. Jeffrey T. Miller
Judge of the United States District Court